(97 South. 895)

Ex parte Lester COLE. (4 Div. 92.)

(Supreme Court of Alabama. Oct. 11, 1923.)

Certiorari to Court of Appeals.

H. L. Martin, of Ozark, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Lester Cole for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Lester Cole v. State, 19 Ala. App. 360, 97 South. 891.
Writ denied.